# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 11/16/2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 3:09:10 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

**TO:      1ST COURT OF APPEALS**

**From:    Deputy Clerk: DUANE C. GILMORE**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2013-31227      TRIAL COURT NO: 165TH      DUE:**

**VOLUME    PAGE      OR      IMAGE #:67733597**

**ATTORNEY: SONYA CHANDLER ANDERSON TBN/PRO SE#: 24067951**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS**

**DATE ORDER SIGNED: 11/2/2015**

**REQUEST TRANSCRIPT DATE FILED      N/A**

**NOTICE OF APPEAL DATE FILED:  11/3/2015**

**NOTICE OF APPEAL PREVIOUSLY FILED? N**

**NUMBER OF DAYS: ( CLERKS RECORD ) 60**

**FILE ORDERED:   YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐**

**NOTES: Active Case(NOA does not mention case "Accelerated"; Codes: BC, C, OA, Pauper's oath filed**

CHRIS DANIEL
Harris County, District Clerk

By:   /s/ DUANE C. GILMORE
**DUANE C. GILMORE, Deputy**

BC        NOTICE OF APPEAL FILED
BG        NOTICE OF APPEAL FILED – GOVERNMENT
C         JUDGMENT BEING APPEALED
D -       ACCELERATED APPEAL
OA        NO CLERK'S RECORD REQUEST FILED
O         CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA        AMENDED NOTICE OF APPEAL

11/3/2015 9:14:59 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7669576
By: MEDINA, IRMA S
Filed: 11/3/2015 9:14:59 PM

CAUSE NO.   2013-31227

| | | |
|---|---|---|
| STINAL ATKINS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | |
| BERNARD SCHULTZ | § | HARRIS COUNTY, TEXAS |
| SCHULTZ & SCHULTZ | § | |
| RODRIGO SUAREZ RODAS | § | |
| JOSEPH BENARD SCHULTZ, AND | § | |
| BAUR, BERGSTORM & WINTER LLP | § | 165th  JUDICIAL DISTRICT |
| | § | |

## NOTICE OF APPEAL

Now   Come  Plaintiff, Reverend  Stinal Atkins to give his Notice of Appeal to the 1st or

the 14 Texas Court of Appeals from the orders signed in the 165h Harris County District Court

by the Honorable  DEBRA IBARRA MAYFIELD  on October 1, 2015,  granting  the Defendant

, Bernard Schultz Motion for Partial Summary Judgments, the order signed on November 2,

2015 denying Plaintiffs motion for sanctions , the order signed on  November 2, 2015, denying

Plaintiffs motion to modify , and the order signed on November 2, 2015,  deny Plaintiffs Motion

For A New Trial.  There are no other legal issues before the 165th District court pertaining to the

defendant Bernard Schultz.

RESPECTFULLY SUBMITTED,

The Law Office of Sonya Chandler Anderson

*/sig/Sonya Chandler Anderson*

Sonya Chandler- Anderson Texas Bar24067951
P.O. Box 131
Houston, Texas 77001
Telephone: (281) 905-5020
Fax: 866-274-8868

CERTIFICATE OF SERVICE

On this 3nd day of November 2015, I Sonya Chandler Anderson certify that Plaintiff, Stinal Atkin's Notice Of Appeal was filed and served upon all attorneys and parties of record via e-serve pursuant to the Texas Rules of Civil Procedure .


    \esigned\ *Sonya Chandler Anderson/*

Sonya Chandler Anderson

8/24/2015 10:32:10 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6616413
By: BEVERLY CHEVALIER
Filed: 8/24/2015 10:32:10 AM

CAUSE NO. 2013-31227

Pgs-2

7A

| | | |
|---|---|---|
| STINAL ATKINS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| BERNARD SCHULTZ | § | 165TH JUDICIAL DISTRICT |
| SCHULTZ & SCHULTZ | § | |
| RODRIGO SUREZ RODAS, | § | |
| JOSEPH BENARD SCHULTZ AND | § | |
| BAUR, BERGSTROM & WINTER LLP | § | OF HARRIS COUNTY, TEXAS |

## ORDER ON DEFENDANT'S MOTION FOR TRADITIONAL AND NO EVIDENCE SUMMARY JUDGMENT

On this day came on to be heard Defendant's Motion for Traditional and No Evidence Summary Judgment and, after considering the motion and evidence presented and the response of Plaintiff, the Court is of the opinion that Defendant's motion has merit and that it should be GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that summary judgment is granted in favor of Defendant Bernard Schultz regarding all claims Plaintiff Stinal Atkins has asserted against him in Plaintiff's Second Amended Petition. This order disposes of all claims against Defendant Bernard Schultz in this action.

Signed this the _____ day of _____, 2015.

Signed: _Deborah Ann Mansfield_
10/1/2015
JUDGE PRESIDING

APPROVED AS TO FORM:

**PERDUE & KIDD**

By: _____
Donald H. Kidd

State Bar No. 11383100
510 Bering Drive, Suite 550
Houston, Texas 77057
Tel:   713/520-2500
Fax:   713/520-2525
dkidd@perdueandkidd.com

**ATTORNEYS FOR DEFENDANT**
**J. BERNARD SCHULTZ**

```
CASE NUM: 201331227__ PJN> __  TRANS NUM: _____  CURRENT COURT: 165 PUB? _
CASE TYPE: MALPRACTICE - LEGAL            CASE STATUS: READY DOCKET
STYLE: ATKIN, STINAL                  VS SCHULTZ, BERNARD
=============================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM    NUMBER                                          STAT
_        00009-0001 DEF          SCHULTZ, JOSEPH CAMPBELL
_        00007-0001 DEF 11383100 SCHULTZ, JUDAH BERNARD           KIDD, DONALD
_        00006-0001 DEF 24041886 SCHULTZ, JOSEPH BENARD           SCHULTZ, JOSE
_        00001-0001 PLT 24067951 ATKIN, STINAL                    CHANDLER-ANDE


==> (4) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```

```
JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      NOV 16, 2015(C1)
INT6510                      CIVIL CASE INTAKE              OPT: _____  -  INT
                          GENERAL PARTY INQUIRY            PAGE:    1  -    1
```

```
CASE NUM: 201331227__ PJN> __  TRANS NUM: _____  CURRENT COURT: 165 PUB? _
CASE TYPE: MALPRACTICE - LEGAL            CASE STATUS: READY DOCKET
STYLE: ATKIN, STINAL                  VS SCHULTZ, BERNARD
=============================================================================
                        **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM    NUMBER                                          STAT
_        00010-0001 DEF          SCHULTZ & SCHULTZ          D
_        00008-0001 DEF          SUREZ, RODRIGO RODAS       D
_        00005-0001 DEF          BAUR BERGSTROM & WINTER LLP D
_        00004-0001 DEF          RODAS, RODRIGO SUREZ       D
_        00003-0001 DEF          SCHULTZ & SCHULTZ          D
_        00002-0001 DEF 17840000 SCHULTZ, BERNARD           S  SCHULTZ, JUDA


==> (6) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```